UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JONATHAN MAYZICK, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> S. KALLIS, ) <br> ) <br> Respondent. ) | No. 2:23-cv-00004-JMS-MG |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **dismissed for lack of jurisdiction.**

Date: 1/29/2024

*/s/ Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JONATHAN MAYZICK
88903-053
FAIRTON - FCI
FAIRTON FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 420
FAIRTON, NJ 08320

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov